———o———

DADE COUNTY TO USE OF INHABITANTS OF SCHOOL TOWNSHIP No. 32, RANGE 28, Appellant, *vs.* JOHN BURNETT, *et al.,* Respondents.

*Practice, Supreme Court—Judgment must appear of record.*—Where the judgment is not shown of record, an appeal will be dismissed.

*Appeal from Dade County Circuit Court.*

*Schaffer, Duckwall & Bray,* for Appellant.

*Barker & McAfee,* for Respondent.

HOUGH, Judge, delivered the opinion of the court.

This cause comes here by appeal from a judgment of the court below, on a demurrer to the petition, but the judgment appealed from nowhere appears in the record.    We cannot, without departing from the settled rulings of this court, enter into an examination of the merits of this case.    The appeal must be dismissed.    All the other judges concur.